```
1   DAYLE ELIESON
    United States Attorney
2   District of Nevada
3
    ELIZABETH FIRER
4   Special Assistant United States Attorney
    160 Spear Street, Suite 800
5   San Francisco, CA 94105
    Phone: 415-977-8937
6   Email: Elizabeth.Firer@ssa.gov
7
    Attorneys for Defendant
8
9
10                          UNITED STATES DISTRICT COURT
11                               DISTRICT OF NEVADA
12  TRACEY LEE GRANT,            )
13          Plaintiff,           )   Case No. 3:17-cv-00065-MMD-WGC
                                 )
14             v.                )   ORDER GRANTING
                                 )   UNOPPOSED MOTION FOR
15  NANCY BERRYHILL,             )   EXTENSION OF TIME
                                 )   (FIRST REQUEST)
16  Acting Commissioner of Social Security, )
                                 )
17          Defendant.           )
                                 )
18
19      Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully
20  requests that the Court extend the time for Defendant to file her Response to Plaintiff's Motion for Fees
21  under the Equal Access to Justice Act, filed on July 19, 2018 (with an additional document filed July 25,
22  2018) (Docket #s 25-26) from August 2 to August 9, 2018.
23      An extension of time is needed in order to prepare Defendant's Response because of the
24  undersigned counsel for the Commissioner has had numerous deadlines in the two weeks since Plaintiff
25  filed her motion. This request is made in good faith with no intention to unduly delay the proceedings.
26
```

-1-

Counsel conferred with Plaintiff's counsel on August 2, 2018. Plaintiff's counsel does not oppose this motion.

Respectfully submitted this 2nd day of August 2018.

        DAYLE ELIESON
        United States Attorney

        */s/ Elizabeth Firer*
        ELIZABETH FIRER
        Special Assistant United States Attorney

IT IS SO ORDERED:

*[signature: William G. Cobb]*

UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2018