DAYLE ELIESON
United States Attorney
District of Nevada

ELIZABETH FIRER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone: 415-977-8937
Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY LEE GRANT,<br><br>      Plaintiff,<br><br>          v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 3:17-cv-00065-MMD-WGC<br><br>**ORDER GRANTING**<br><br>**MOTION FOR EXTENSION OF TIME**<br>(*SECOND REQUEST*) |

This Court previously granted Nancy Berryhill, Acting Commissioner of Social Security (Defendant's) request to extend the time to file her Response to Plaintiff's Motion for Fees under the Equal Access to Justice Act, filed on July 19, 2018 (with an additional document filed July 25, 2018) (Docket #s 25-26) from August 2 to August 9, 2018. As the undersigned was preparing to file her response, she realized that she had mistakenly believed that Friday, not Thursday was August 10. The undersigned had been preparing all week to file on Friday and only realized her mistake after the due date had passed. Counsel respectfully requests that the Court, post hoc, grant her a one-day extension

-1-

and accept the response she filed immediately before this motion. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel was unable to confer with Plaintiff's counsel regarding this motion because it was after hours when she realized it was necessary.

Respectfully submitted this 10th day of August 2018.

DAYLE ELIESON
United States Attorney

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney


IT IS SO ORDERED:


William G. Cobb
**UNITED STATES MAGISTRATE JUDGE**

DATED: **August 13, 2018**